NUMBER 13-01-518-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


HUMANA HEALTH CARE PLAN, ET AL. , Appellants,


v.


JOHN PAUL SCHULZE, M.D. , Appellee.

____________________________________________________________________


On appeal from the 319th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

Appellants, HUMANA HEALTH CARE PLAN, ET AL. , perfected an appeal from a judgment entered by the 319th
District Court of Nueces County, Texas, in cause number 97-04373-G . After the notice of appeal was filed, the parties
filed a joint motion to dismiss the appeal for mootness based on settlement. In the motion, the parties state that this case
has been resolved. The parties jointly request that this Court dismiss the appeal and that costs be taxed against the party
incurring same.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 15th day of November, 2001 .